IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ISAAC YEBOAH,** | § | |
| Petitioner, | § § § | |
| v. | § | Civil Action No. **3:18-CV-00834-L-BN** |
| **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,** | § § § § § | |
| Respondent. | § | |

## ORDER

Before the court are Isaac Yeboah's ("Petitioner") Petition for Writ of Habeas Corpus (Doc. 3), filed April 5, 2018; the Government's Response (Doc. 8), filed May 16, 2018; Petitioner's Reply (Doc. 10), filed June 27, 2018; Petitioner's Motion for Reconsideration (Doc. 10), filed October 23, 2018; and the Government's Response to the Motion for Reconsideration (Doc. 15), filed November 19, 2018. On July 6, 2018, United States Magistrate Judge David L. Horan entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (Doc. 11) ("Report"), recommending that the court dismiss the petition because Petitioner had failed to show the court that it was unlikely he would be removed to Ghana in the reasonably foreseeable future, as required when petitioning a federal court to order the Attorney General to remove a detained alien pursuant to a removal order.

On October 23, 2018, Petitioner filed a Motion for Reconsideration (Doc. 10), urging the court to reconsider his motion because he remained in I.C.E. custody, having spent ten months in detention. On November 19, 2018, the Government submitted a response (Doc. 19) and informed the court that Petitioner was successfully removed to Ghana on October 25, 2018. The Government argued that, because Petitioner had been released from detention, his habeas relief was granted and

**Order – Page 1**

the petition rendered moot. On November 27, 2018, Magistrate Judge Horan entered the second Findings, Conclusions, and Recommendation in this action (Doc. 17) ("Second Report"), recommending that the court dismiss this action as moot for the reason offered by the Government and deny Petitioner's motion for reconsideration. No objections were made to the magistrate judge's findings.

Having reviewed the record in this case, the Second Report by the magistrate judge, and applicable law, the court determines that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court. Accordingly, the court **denies** Petitioner's Motion for Reconsideration (Doc. 12), **denies** Petitioner's Petition for Writ of Habeas Corpus (Doc. 3), and **dismisses without prejudice** this action as moot.

**It is so ordered** this 10th day of January, 2019.

Sam A. Lindsay
United States District Judge